EDWARD P. SWEENEY, Appellant, *v.* SPRING PRODUCTS CORPORATION, Defendant, and SCHULTE REAL ESTATE COMPANY, INC., Respondent.

Submitted January 19, 1940; decided March 12, 1940.

*Joseph Lotterman, Louis A. Tepper* and *Nathan B. Kogan* for appellant.

*William L. Shumate* for respondent,

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: FINCH, J.